IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America and Rahidah K. Ali-Gibson, Revenue Officer,<br><br>            Petitioner,<br>    v.<br><br>Quyen T. To,<br><br>            Respondent. | NO. C 05-00652 JW<br><br>**ORDER DIRECTING ISSUANCE OF ARREST WARRANT** |

This matter was called in open court on Monday, October 24, 2005, at 9:00 a.m., for the Respondent to show cause, if any, why he should not be held in contempt. Assistant United States Attorney Thomas Moore appeared on behalf of the United States. Respondent Quyen T. To failed to appear.

Based upon all papers filed to date and the comments of counsel for the United States, the Court finds as follows:

1. On October 26, 2004, the Internal Revenue Service ("IRS") served a summons on Respondent directing him to appear on November 18, 2004, at 10:00 a.m., to testify and produce documents relevant to determining Respondent's tax liabilities.

2. On November 18, 2004, Respondent failed to appear in response to the summons.

3. On February 11, 2005, the United States filed a Verified Petition to Enforce Internal Revenue Service Summons against Respondent.

4. On April 5, 2005, the Court issued an Order to Show Cause re Enforcement of Internal Revenue Service Summons which directed Respondent to appear in Court on June 27, 2005, and show

cause, if any, why he should not be compelled to appear and provide documents and testimony as required by the summons.

5. On June 27, 2005, the Respondent failed to appear and accordingly the Court entered an Order Enforcing Summons, which required Respondent to appear on July 12, 2005 before an IRS officer and to comply with the IRS summons.

6. On July 12, 2005, the Respondent failed to appear and failed to provide documents responsive to the summons.

7. On August 8, 2005, the Court issued an Order to Show Cause re Contempt requiring Respondent to appear in Court on September 12, 2005.

8. On August 16, 2005, the Court issued a second Order to Show Cause re Contempt requiring Respondent to appear in Court on October 24, 2005 at 9:00 a.m.

9. On October 24, 2005, Respondent again failed to appear.

Based upon the foregoing, it is ordered that a warrant shall be issued for the arrest of Respondent Quyen T. To, for failure to comply with the IRS's summons and the orders of this Court. 18 U.S.C. §401; 26 U.S.C. §§7402(b), 7604. Bond is set at $100,000.

Dated: October 26, 2005

05cv652arrestwarrant

_____
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jay R. Weill jay.weill@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

| | |
|---|---|
| **Dated: October 26, 2005** | **Richard W. Wieking, Clerk** |
| | **By: /s/JW chambers** |
| | **Ronald L. Davis** |
| | **Courtroom Deputy** |

United States District Court — For the Northern District of California